UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,

          Plaintiff,

    v.

BROADCOM INC., et al.,

          Defendants.

Case No. 25-cv-03738-TLT

**JUDGMENT**

Re: Dkt. Nos. 77, 78

On November 18, 2025, the Court granted the filed stipulation judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant, Broadcom Inc., et. al., and against Plaintiff, Netflix, Inc..

In view of the Court's order of October 29, 2025, dismissing plaintiff Netflix's First Amended Complaint, Dkt. No. 73, and the parties' joint stipulation of dismissal with prejudice of all claims in Netflix's Second Amended Complaint, Dkt. No. 76, and pursuant to Federal Rule of Civil Procedure 58, judgment is entered against plaintiff Netflix, Inc.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 2, 2025

_____

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California